1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN SUING,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:15-CV-04854 JAK (ASx)<br><br>Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION DISMISSING CASE WITH PREJUDICE  JS-6**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently With:<br>  - Stipulation to Dismiss Case]<br><br>Complaint Filed:   June 26, 2015 |

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have jointly requested the Court for an Order dismissing the entire action with prejudice.

IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice, pursuant to the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 18, 2016

JOHN A. KRONSTADT
Unites States District Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800